### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


**DONALD BRYANT**
**PARTNER, CP-547-036-220355r**
**D/B/A A. Clay LLC**                                                                                   **PLAINTIFF**


**VS.**                        **CASE NO.  4:09CV00293 JMM**


**INTERNAL REVENUE SERVICE**                                                          **DEFENDANT**


## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed and the petitions for a Writ of Mandamus are denied without prejudice.

IT IS SO ORDERED this   16   day of September, 2009.


_____
James M. Moody
United States District Judge